IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY D. WEST, ADC #136126                                           PLAINTIFF

v.                                  No. 5:11CV00126 JLH

JOHN LYTLE, Dr.,
Jefferson Regional Hospital                                            DEFENDANT

### ORDER

The Court's attention has been directed to the fact that plaintiff herein is presently proceeding *pro se*.

The purpose of this Order is to direct plaintiff's attention to the fact that plaintiff is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court.  Failure to so comply <u>can</u> result in dismissal of plaintiff's claim.  Plaintiff is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on plaintiff by regular mail.

IT IS SO ORDERED this 14th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE