### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ANTHONY D. WEST, ADC #136126                                                    PLAINTIFF

v.                                    No. 5:11CV00126 JLH

JOHN LYTLE, Dr.,
Jefferson Regional Hospital                                                     DEFENDANTS

### JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 1st day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE